IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY JEROME WALKER,

    Petitioner,

v.                                          Case No. 4:19cv70-MW/EMT

MARK S. INCH,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 13, is **GRANTED**. Petitioner's challenges to DR Log #110-141590, #110-051410, #150-180842, and #150-180885 are **DISMISSED as moot**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on October 29, 2019.

                                                 s/Mark E. Walker       
                                                 **Chief United States District Judge**